NO. 07-09-0130-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MAY 13, 2009
______________________________

JERRY MAX LEWIS AND NEVA JANE LEWIS, 

                                                                                                           Appellants

v.

W.T. CONSTRUCTION, INC., TERRY TURKETT, 
C.J. TURKETT AND TERRY TURKETT, JR.,

                                                                                                           Appellees
_________________________________

FROM THE 46TH DISTRICT COURT OF HARDEMAN COUNTY;

NO. 10,039; HON. DAN MIKE BIRD, PRESIDING
_______________________________

Order of Dismissal
_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ. 
          Appellants Jerry Max Lewis and Neva Jane Lewis filed a notice of appeal on April
23, 2009. However, they did not pay the $175 fee required from appellants under Texas
Rule of Appellate Procedure 5. Nor did they file an affidavit of indigence per Texas Rule
of Appellate Procedure 20.1. By letter from this Court dated April 27, 2009, we informed
them that “the filing fee in the amount of $175.00 has not been paid . . . . Failure to pay
the filing fee within ten (10) days from the date of this notice may result in a dismissal.” 
Tex. R. App. P. 42.3(c); see Holt v. F. F. Enterprises, 990 S.W.2d 756 (Tex. App.–Amarillo
1998, pet. ref’d). The deadline lapsed, and the fee was not received. 
          Because appellants have failed to pay the requisite filing fee as directed by the
Court, we dismiss their attempt to appeal pursuant to Texas Rule of Appellate Procedure
42.3(c). 
 
                                                                           Per Curiam
 
 
 
 
 
 



60;                                                 Brian Quinn
                                                                          Chief Justice

Do not publish.